UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 23-cv-80891-Matthewman

TYLER MULLER, et al.,

    Plaintiffs,

v.

PIZZA CONNECTION, INC., et al.,

    Defendants.

_____/

## ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT [DE 9] AND APPROVING SETTLEMENT

**THIS CAUSE** came before the Court upon Plaintiff Tyler Muller's Motion for Approval of Settlement ("Motion for Approval") [DE 9]. The Court held a joint fairness hearing/status conference via Zoom video teleconference (VTC) on September 1, 2023.[1]

In the Motion for Approval [DE 9], Plaintiff Muller seeks an order "(1) approving the terms of the Settlement Agreement as fair and reasonable and (2) permitting [him] to remain in this action until such time as he requests dismissal or withdrawal with prejudice based on fulfillment of the terms of the Settlement Agreement."[2] [DE 9 at 4]. Notably, however, during the September 1, 2023 hearing, Plaintiff's counsel stated that Plaintiff Muller has already been paid in full and that the parties would therefore be filing a Joint Stipulation of Dismissal with Prejudice once Ivan Bautista Moya is added as a named plaintiff in this case.

---

[1] The status conference was reset to October 4, 2023, at 2:00 p.m. Moreover, at the hearing, the Court addressed Plaintiff Muller's Motion for Substitution/Addition of Named Plaintiff [DE 21], which the Court granted at DE 24.

[2] While the Motion for Approval was filed solely on behalf of Plaintiff and did not include a Certificate of Conferral pursuant to Local Rule 7.1(a)(3), Defendants did not file a Response to the Motion for Approval or take issue with the Court setting a fairness hearing. Moreover, the Settlement Agreement is filed on the docket at DE 9-1 and is signed by both Plaintiff Muller and Defendants. The Court was also advised at the September 1, 2023 hearing by Defendants' counsel that Defendants agreed with the Motion for Approval.

1

The Court has reviewed the Motion for Approval [DE 9], the Settlement Agreement at DE 9-1, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with Plaintiff Muller and Defendants represented by competent counsel. Plaintiff Muller is being paid an amount he believes he is owed well prior to the trial date. Plaintiff Muller and Defendants have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement—including the attorney's fees and costs—reached by Plaintiff Muller and Defendants, represents a reasonable, arm's length compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Court finds the settlement of Plaintiff Muller's FLSA claim to be fair and reasonable. The Court also finds that the Settlement Agreement [DE 9-1] meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion for Approval [DE 9] is **GRANTED**.

2. Plaintiff Muller and Defendants' settlement is **APPROVED**. The parties shall file a Joint Stipulation of Dismissal with Prejudice as to Plaintiff Muller after the additional Plaintiff Bautista is added by the Clerk per DE 24.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 1st day of September, 2023.

*William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge